UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------X
FELIX DELGADO, et al.,                     :
                                           :   Docket No.: 3:10-CV-00025 (PCD)
            Plaintiffs,                    :
                                           :
   v.                                      :
                                           :
LE FIGARO BISTRO DE PARIS, et al.,         :
                                           :
            Defendants.                    :   December 16, 2010
------------------------------------------------------X

## REQUEST FOR AN ORDER OF DISMISSAL

TO THE HONORABLE JUDGE PETER C. DORSEY:

   COMES NOW Counsel for Plaintiffs and file this request for an Order of Dismissal of all claims against all Defendants in the above captioned matter under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

   1. Plaintiffs are Felix Delgado and Mario Estuardo Pena.

   2. Defendants are Paul Ardaji, Sr., Neri Rivera, Marash Gojcaj, Omnibus Restaurant Corporation d/b/a Le Figaro Bistro de Paris and Toscana Trattoria.

   3. Plaintiffs brought suit alleging: (1) that Defendants had not paid them the wages to which they were entitled under the Fair Labor Standards Act and applicable Connecticut Labor Laws; (2) that Defendants Ardaji, Sr. and Rivera engaged in retaliation against Plaintiff Delgado in violation of 29 U.S.C. § 215(a)(3) and Conn. Gen. Stat. § 31-51m; and (3) that Defendants Ardaji, Sr. and Rivera engaged in obstruction of justice in violation of 42 U.S.C. § 1985(2).

4. Defendants have not served an answer.  Defendants' motion to dismiss all of Plaintiffs' claims under Fed. R. Civ. P. 12(b) (Doc. Nos. 74 & 75) is still pending before the Court, tolling the time period for Defendants to serve an answer under Fed. R. Civ. P. 12(a)(4).

5. This is not a class action.

6. Defendants have not served any counterclaims.

7. Plaintiffs are both repeatedly unresponsive to telephonic and written inquiry.

8. Plaintiffs' whereabouts are unknown but it is believed that they may have left the country.

9. Plaintiffs have not previously dismissed any federal or state-court suit based on or including the same claims as those presented in this case.

10. This dismissal is with prejudice to re-filing.

11. Defendants consent to this request.

12. Upon dismissal, Defendants and Plaintiffs' Counsel have agreed to bear their respective fees and costs.

December 16, 2010

                                      Respectfully Submitted,

                                      **/s/ Susan T. Edwards**

                                      Lucas K. Middlebrook [PHV 03907]
lmiddlebrook@ssmplaw.com
Nicholas P. Granath [PHV 03908]
ngranath@ssmplaw.com
Lee Seham [PHV 03909]
ssmpls@aol.com
Susan T. Edwards [PHV 04244]
sedwards@ssmplaw.com
SEHAM, SEHAM, MELTZ & PETERSEN, LLP
445 Hamilton Avenue, Suite 1204
White Plains, New York 10601
Tel: (914) 997-1346
Fax: (914) 997-7125

Hamza Ma'ayergi (CT 17159)
hmaayergi@maesquire.com
Ma'ayergi & Associates, LLC
60 Long Ridge Road - Suite 200
Stamford, Connecticut 06902
Tel: (203) 569-1180
Fax: (203) 569-1182

# CERTIFICATE OF SERVICE

This is to certify that on the date indicated herein below true and accurate copies of the foregoing documents and their attachments, *to wit*:

- Request for the Court to Order Dismissal of the Claim

notification of such filing to all admitted counsel who have registered with the ECF system, including but not limited, to:

Donna Nelson Heller, Esq. (ct06854)
E-mail: dheller@fdh.com.
Tony Miodonka, Esq. (ct28262)
E-mail: TMiodonka@fdh.com
FINN DIXON & HERLING LLP
177 Broad Street
15th Floor Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 325-5001

or were served by United States Mail (first class, postage pre-paid) to the following parties:
None.

On  December 16, 2010,                 */s/ Susan Tracy Edwards*

                                    Susan Tracy Edwards [PHV 04244]
                                    sedwards@ssmplaw.com

{01133293; 2; 9500-65}